**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Fore Aero Holdings, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-5122671** |
| 4. | Debtor's address | **Principal place of business**<br><br>**5933 Eden Drive**<br>**Haltom City, TX 76117**<br>Number, Street, City, State & ZIP Code<br><br>**Tarrant**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://foreaero.com/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Fore Aero Holdings, LLC**     Case number (*if known*)
       Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check **all** that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ■ A plan is being filed with this petition.
     - ■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ■ No.
   - ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

Debtor **Fore Aero Holdings, LLC**     Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**
District     When
Relationship
Case number, if known

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
        Contact name
        Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Fore Aero Holdings, LLC**        Case number (*if known*)
Name

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor **Fore Aero Holdings, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 7, 2022**
MM / DD / YYYY

X **/s/ Jens Verloop**
Signature of authorized representative of debtor

**Jens Verloop**
Printed name

Title **Chief Financial Officer**

**18. Signature of attorney**

X **/s/ Katherine A. Preston**
Signature of attorney for debtor

Date **March 7, 2022**
MM / DD / YYYY

**Katherine A. Preston**
Printed name

**Winston & Strawn LLP**
Firm name

**800 Capitol St**
**Suite 2400**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone **(713) 651-2699**   Email address **KPreston@winston.com**

**24088255 TX**
Bar number and State

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 5

Debtor **Fore Aero Holdings, LLC** Case number *(if known)*
        Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Aero Components, LLC** | | Relationship to you | **Affiliate** |
| District | **Northern District of Texas** | When | Case number, if known | |
| Debtor | **Fore Capital Holding, LLC** | | Relationship to you | **Affiliate** |
| District | **Northern District of Texas** | When | Case number, if known | |
| Debtor | **Fore Machine, LLC** | | Relationship to you | **Affiliate** |
| District | **Northern District of Texas** | When | Case number, if known | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 6

# United States Bankruptcy Court
## Northern District of Texas

In re    **Fore Aero Holdings, LLC**            Case No.
                           Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| AJ Fore<br>5933 Eden Drive<br>Haltom City, TX 76117 | B | 204,000 | Vested |
| Dale J. Marshall<br>5933 Eden Drive<br>Haltom City, TX 76117 | B | 255,000 | Vested |
| Dale J. Marshall<br>5933 Eden Drive<br>Haltom City, TX 76117 | B | 153,000 | Unvested |
| Fore Aero TopCo LLC<br>5933 Eden Drive<br>Haltom City, TX 76117 | A | 13,700,000 | Vested |
| Gary Fore<br>5933 Eden Drive<br>Haltom City, TX 76117 | A | 2,268,000 | Vested |
| Gary Fore<br>5933 Eden Drive<br>Haltom City, TX 76117 | B | 1,020,000 | Vested |
| Jon Williams Jr.<br>5124 Kaltenbrun Rd<br>Fort Worth, TX 76119 | A | 400,000 | Vested |
| Jon Williams Jr.<br>5124 Kaltenbrun Rd<br>Fort Worth, TX 76119 | B | 408,000 | Vested |
| Kent Speirs<br>5933 Eden Drive<br>Haltom City, TX 76117 | B | 7,650 | Vested |
| Kevin Duckworth<br>5124 Kaltenbrun Rd<br>Fort Worth, TX 76119 | B | 105,188 | Vested |
| Mark Allums<br>5933 Eden Drive<br>Haltom City, TX 76117 | B | 131,580 | Vested |
| Mike Andrews<br>5933 Eden Drive<br>Haltom City, TX 76117 | B | 19,125 | Vested |

In re: **Fore Aero Holdings, LLC**     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Rick McConathy**<br>**5933 Eden Drive**<br>**Haltom City, TX 76117** | **B** | **76,500** | **Vested** |
| **Ronnie Johnson**<br>**5933 Eden Drive**<br>**Haltom City, TX 76117** | **B** | **12,750** | **Vested** |
| **Stan Fore**<br>**5933 Eden Drive**<br>**Haltom City, TX 76117** | **A** | **972,000** | **Vested** |
| **Stan Fore**<br>**5933 Eden Drive**<br>**Haltom City, TX 76117** | **B** | **204,000** | **Vested** |
| **William Foust**<br>**5933 Eden Drive**<br>**Haltom City, TX 76117** | **B** | **102,000** | **Vested** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

    I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 7, 2022**      Signature **/s/ Jens Verloop**
                                                                                                             **Jens Verloop**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Texas

In re  **Fore Aero Holdings, LLC**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Fore Aero Holdings, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Fore Aero TopCo LLC**
**5933 Eden Drive**
**Haltom City, TX 76117**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 7, 2022** | /s/ Katherine A. Preston |
| Date | **Katherine A. Preston** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Fore Aero Holdings, LLC** |
| | **Winston & Strawn LLP** |
| | **800 Capitol St** |
| | **Suite 2400** |
| | **Houston, TX 77002** |
| | **(713) 651-2699 Fax:(713) 651-2700** |
| | **KPreston@winston.com** |